United States District Court
Western District of Texas
San Antonio Division

Allen John Murray
V.
Lorie Davis

SA-18-CA-1288-FB(ESC)

FILED
FEB - 5 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## Motion To Stay/Hold In Abeyance

To The Honorable Judge of said Court:

Comes now applicant, Pro Se, and respectfully request that this honorable Court Stay/hold petitioner's Federal writ of Habeas Corpus in Abeyance; and in support of said motion would show as follows:

### I

Petitioner asked trial Court for permission to Amend State Habeas Corpus on July 24th/2018; with grounds already contained in writ. On 8-18-2018 Petitioner then filed Motion to Amend/Append with grounds 8,9,10,11. On 8-28-2018 Tex. Court of Crim. App. denied motion to Amend pending Mandamus hearing. Petitioner refiled on 9-17-2018 Motion for leave to file the original application for writ of Mandamus.

### II

Petitioner is innocent and has already been Acquitted of challenged offense in a trial in the 399th Dist. Court of Bexar County, Texas. Petitioner is diligently Seeking relief from unlawful Sentence and Unconstitutional Conviction. he is not trained in the law; a layman in the complex Science of law; Petitioner was in special education throughout Schooling and is (Mentaly) disabled by the Social Security Administration; Applicant respectfully ask the Court to Construe, Consider the Strongest arguement possible, So he may seek a remedy or relief.

### III

On 12-28-2018 Petitioner filed writ of Habeas Corpus persuant T.C.C.P. 11.07 § 4 (a)(2) - actual innocence. Petitioner respectfully asks federal Court to Stay petition to allow applicant to present his claims in State Court; and then return to federal Court for review of his perfected petition. See, Landis v. North American Co., 299 U.S.

248, 254 (U.S. 1936). Rhines v. Webber, 544 U.S. 269, 161 L.Ed. 2d 440, 125 S.Ct 1528 (U.S 2005). IV

Wherefore, Premises Considered, the Petitioner requests his motion be granted.

Respectfully Submitted

*[signature]*

Allen John Murray #2089889
Coffield Unit
2661 F.M 2054
Tennessee Colony, TX.
75884

Petitioner, Pro Se

## UnSworn Declaration

I Allen John Murray, Petitioner, Pro Se. being Presently incarcerated at the Coffield Unit, in Anderson County, Texas. do hereby Certify and declare under Penalty of Perjury that everything in this motion is correct and was placed in the Coffield mail box on 1-9-2019.

*[signature]*
Pro Se
1-9-2019

is all contained in this cause record. It's a conscious bad-faith, selective, vindictive prosecution when the state's theory is the complaintant was solicited to Austin Murrey, Gonzalo numerous times in the record. Under long standing case law in Texas a conviction can not rest on uncorroborated accomplice-witness testimoney of a "13 year old prosecutrix" who is a accomplice-witness in the absence of threats, force, fraud, undue influence. Similarly in this case, in the absence of "Contact by any means." Record Bolin v. State, 505 S.W. 2d 912, 913 (Tex Crim App. 1979)(holding: Conviction can not be based soley upon uncorroborate testimoney of thirteen-year-old prosecutrix who, under long standing case law, is considerd an accomplice-witness in the absence of threats, force, fraud, or undue influence).

The Court erred when it allowed Mr. Mohr to remain on case when it was made known to Court a conflict of interest exsists. Court then denied/deprived assistance of Counsel because Mr. Oltersdorf (lead counsel) relied heavily on Mr. Mohr deficiant assistance; Then gives Mr. Oltersdorf 27 day's to prepare and grants discovery on 3/21/2016 trial day. In such circumstances even a ~~highly~~ competent attorney will become incopetent and render ineffective assistance. It's a denial of assistance of Counsel because no pretrial motions was asserted to subject the states case to adversarial testing, then is unreasonable to expect effective assistance with inadequate preparation and no pretrial discovery.

Allen Murrey #2089389
Coffield Unit
2661 FM 2054
Tennessee Colony, TX
75884

ATT:
Legal Mail

SCREENED BY GSJ
FEB 04 2019

RECEIVED
FEB 04 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk, U.S. District Court
Western Dist. of Texas
John H. Wood Jr. U.S. Courthouse
655 E. Durango Boulevard
San Antonio, TX.
78206-1106